UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- x
In re:

Case No. 1-15-45369-nhl

NELSON CAMACHO,

Chapter 13

                        Debtor.
------------------------------------------------- x

## ORDER AVOIDING JUDICIAL LEIN

UPON the motion (the "Motion") of Nelson Camacho (the "Debtor"), by and through his Attorney Michael L. Previto, for the entry of an order pursuant to 11 U.S.C. § 522(f), avoiding the judicial lien listed below as a lien of record against the Debtor's real property located at 165 B Ainsworth Avenue, Staten Island, New York 10308; and good and sufficient notice having been given; and no objections to the relief requested having been interposed; and a hearing on the Motion on November 16, 2016, at which Michael L. Previto appeared on behalf of the Debtor, and Krista Preuss appeared on behalf of the Chapter 13 Trustee; and upon due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 522 (f) the Motion is granted as set forth herein; and it is further

**ORDERED**, that the following judicial lien shall be vacated, expunged, and avoided as a lien of record against the property located at 165 B Ainsworth Avenue, Staten Island, New York 10308 in the County of Richmond to wit: **CITIBANK N/A v. Nelson Camacho -Supreme Court, Staten Island , New York, Richmond County, index number 100738/2010/- in the amount of $70,022.48**; and it is further

**ORDERED**, that the Debtor's counsel shall file a certified copy of this Order upon the County Clerk of RICHMOND (the "Clerk"), and the Clerk shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforesaid judicial lien against the Debtor's property known as 165 B Ainsworth Avenue, Staten Island, New York 10308.



Dated: January 20, 2017
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge