**UNITES STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE:

**Nelson Camacho**

Debtor

CHAPTER 13
**Chapter 13 Repayment Plan**
**AMENDED**
**Case no 15-45369 nhl**

**1. The future earnings of the debtor is submitted to the supervision of the trustee, and the debtor and non debtor spouse shall pay to the trustee for period of 60 months the sum of:**

**A) 194.00 commencing December 27th 2015 through January 27th 2017**
**Thereafter the sum of $270 commencing February 2017 through November 27th 2020.**

B) In addition to the monthly plan payments during the pendency of this case the debtors will provide the trustee with signed copies of all filed federal and State tax returns for each year no later than April 15th. Of the year following the tax period, commencing with 2015. Indicated Tax refunds are to be paid to the trustee upon receipt However no later than June 15th of the year in which tax returns are filed.

**2.** From The payments received the Trustee shall make disbursements as follows:

a) Full payment in deferred cash payments of all claims entitled to priority under 11U.S.C. sect 507 Michael L. Previto to be paid 800.00 over the course of the Plan and to be paid 3400.00 the Internal Revenue Service
b) Holders of secured claims shall retain all liens securing such claims and shall be paid as follows:
1) All Post Petition Payments to be paid outside the plan to
The First Mortgage held by The Ocwen Loan Servicing
2) A Judgement Lien/ possible secured lien held by Citibank to be avoided Pursuant to 11 U.S.C. sections 502,506(2) 506 (D) 1322(b) 1325(a) and 1328(f) On the Debtor's property located at 165b Ainsworth Avenue ,Staten Island, New York 10308 of a home equity loan and Civil as debtor is eligible to receive a because the amount herein exceeds the combined amount of the first mortgage and the applicable exemptions in this case. Said Application t be made to the court prior to the confirmation of this proposed plan.
3) All unsecured creditors filing claims to be paid at 100 percent in monthly installments over the course of the plan.

**3**. The following Executory Contracts of the Debtors are assumed as follows :

There are no Leases or Executory contracts to be assumed or reaffirmed.

4. Title to the Debtors Property to remain with the debtor upon completion of the Plan ,unless otherwise provided in the order confirming the plan.

5. Throughout the term of the Plan, the debtors agree that the Debtors will not incur post petition debt over 2,000.00 without notifying the trustee in writing.

Dated: 2/14/17

Nelson Camacho

Michael L. Previto Esq.
Attorney for the Debtor